## UNITED STATES BANKRUPTCY COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE | * | BANKRUPTCY CASE |
| BARNETT MARINE, INC., | * | NO. 03-10308 |
| DEBTOR | * | CHAPTER 11 |

\* \* \* \* \* \* \* \* \* \* \*

### ORDER SETTING HEARING
### EXPEDITED MOTION TO ORDER PRODUCTION
### OF MEDICAL RECORDS OF WILLIAM BARNETT

Considering the Expedited Motion To Order Production Of Medical Records of William Barnett ("Motion"),

IT IS HEREBY ORDERED that the Motion is granted and release of the medical records of William Barnett to counsel for Whitney National Bank is hereby authorized pursuant to La. 13:3715.1.

NEW ORLEANS, LOUISIANA, July 10, 2003.

JUDGE T. M. BRAHNEY, III